■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT CAPPALETTI, Appellant.— Order unanimously affirmed. (Appeal from order

of Cattaraugus County Court denying a motion to vacate the sentence and judgment of November 16, 1959, without a hearing.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.